UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILL LEHMAN,

        Plaintiff,                      Case Number 22-12790

v.                                          Honorable David M. Lawson

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, and NEIL M. BAROFSKY,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated:  November 23, 2022